# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2011

Robert P. Young, Jr.,
Chief Justice

142106

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ARTHUR WHITMORE and ELAINE
WHITMORE,
      Plaintiffs-Appellees,

v

                                    SC: 142106
                                    COA: 289672
CHARLEVOIX COUNTY ROAD         Charlevoix CC: 08-014922-NO
COMMISSION,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 7, 2010 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). At oral argument, the parties shall address whether the plaintiffs demonstrated that the defendant "knew, or in the exercise of reasonable diligence should have known, of the existence of the defect" that rendered the roadway not "reasonably safe and convenient for public travel." MCL 691.1402(1); 691.1403. See *Wilson v Alpena Co Rd Comm*, 474 Mich 161 (2006). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2011

_____
Clerk

y0427